**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

**In re:**

                                                             **Case No. 18-20331-LMI**

**VIVIAN SANCHEZ**                                                           **Chapter 13**
*aka* **VIVIAN SANCHEZ RAMOS,**

        **Debtor.**
_____x

**NOTICE TO WITHDRAW PROOF OF CLAIM**

      **PLEASE TAKE NOTICE** that creditor, WESTBIRD VILLAGE CONDOMINIUM ASSOCIATION INC., by and through its undersigned counsel and hereby WITHDRAWS the Proof of Claim filed on September 26, 2018 marked as Claim Number 3 on the Court's Claims Register in the amount of $23,589.27.

Dated: Coral Springs, FL
          September 26, 2018

                                          BAKALAR & ASSOCIATES, P.A.
                                          ATTORNEYS FOR WESTBIRD VILLAGE
                                          CONDOMINIUM ASSOCIATION INC.

                                  BY:   ***/s/ Susan P. Bakalar***
                                          Susan P. Bakalar, Esq.
                                          Florida Bar No. 0908932
                                          Bakalar & Associates, P.A.
                                          12472 West Atlantic Blvd
                                          Coral Springs, FL 33071
                                          Phone: 954-475-4244
                                          Service Email: sbakalar@assoc-law.com