**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

■ 3AP _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Vivian Sanchez   JOINT DEBTOR: _____   CASE NO.: 18-20331-LMI

SS#: xxx-xx- 4649   SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,331.95 for months 1 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: $4425.00 | Total Paid: $1190.00 | Balance Due: $3235.00 |
|---|---|---|

Payable $68.83 /month (Months 1 to 47 )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500 Attorneys Fees + $150 Cost + $775 Motion to Value = $4425

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Seterus, Inc.

   Address: POB 1047
   Hartford, CT 06143

   Arrearage/ Payoff on Petition Date   $14,489.35

   Arrears Payment (Cure)   $241.49   /month (Months 1 to 60 )

   Regular Payment (Maintain)   $562.45   /month (Months 1 to 60 )

   Last 4 Digits of Account No.:   2855

   Other: _____

LF-31 (rev. 10/3/17)

Debtor(s): Vivian Sanchez    Case number: 18-20331-LMI

- ■ Real Property
  - ■ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ■ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
3581 SW 117 Avenue #5-303, Miami, FL 33175

☐ Personal Property/Vehicle
Description of Collateral:

2. Creditor: Westbird Village Condominium Association, Inc.
   Address: c/o Bakalar & Associates, P.A.
   12472 W. Atlantic Blvd.
   Coral Springs, FL 33071

   Arrearage/ Payoff on Petition Date  $0.00
   Regular Payment (Maintain)  $279.40  /month (Months 1 to 60)

   Last 4 Digits of Account No.: 5303
   Other:

- ■ Real Property
  - ■ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ■ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
3581 SW 117 Avenue #5-303, Miami, FL 33175

☐ Personal Property/Vehicle
Description of Collateral:

3. Creditor: Antero Capital LLC
   Address: POB 1931
   Burlingame, CA 94011

   Arrearage/ Payoff on Petition Date  $1,854.25
   Payoff (Including 0% monthly interest)  $30.91  /month (Months 1 to 60)

   Last 4 Digits of Account No.: 3028
   Other:

- ☐ Real Property
  - ☐ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

- ■ Personal Property/Vehicle
Description of Collateral: Retail Credit Card

B. **VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:**  ☐ NONE

Debtor(s): Vivian Sanchez                    Case number: 18-20331-LMI

| 1. Creditor: Westbird Village Condominium Association, Inc. [Claim #2]<br>Address: c/o Bakalar & Associates, P.A.<br>12472 W. Atlantic Blvd.<br>Coral Springs, FL 33071<br>Last 4 Digits of Account No.: 5303<br><br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>3581 SW 117 Avenue #5-303, Miami, FL 33175 | Value of Collateral: $119,137.00<br>Amount of Creditor's Lien: $6,834.29<br><br>Interest Rate: 0.00%<br><br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>  ☐ taxes  ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br><br>$0.00 /month (Months ___ to ___) |

2. **VEHICLES(S):** ■ NONE
3. **PERSONAL PROPERTY:** ■ NONE
C. **LIEN AVOIDANCE** ■ NONE
D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE
E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]
   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE
   B. **INTERNAL REVENUE SERVICE:** ■ NONE
   C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE
   D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**
   A. Pay $15.67 /month (Months 1 to 47)
      Pay $84.50 /month (Months 48 to 60)
      Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.
   C. **SEPARATELY CLASSIFIED:** ■ NONE
   *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
   ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE
   ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

Debtor(s): Vivian Sanchez    Case number: 18-20331-LMI

| VIII. | **NON-STANDARD PLAN PROVISIONS** ☐ NONE |
|---|---|
| | ■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void. |
| | The debtor will modify the plan to provide for the distribution of funds recovered from her pending lawsuit which are not exempt to the unsecured creditors. |
| | ☐ Mortgage Modification Mediation |

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor  _____  _____ Joint Debtor  _____
Vivian Sanchez                                     Date                                                                                                  Date

/s/ Robert Sanchez                          December 10, 2018
Attorney with permission to sign on                Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**