| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Vivian Sanchez<br>aka Vivian Sanchez Ramos |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the SOUTHERN District of FLORIDA | |
| Case number 18-20331-LMI | |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges          12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA</u>

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: <u>2855</u>

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

### Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | **Description** | **Date Incurred** | | **Amount** |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 09/19/2018 Plan Review;<br>11/14/2018 Proof of Claim | (5) | $650.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: POC Part 5 410A | 11/14/2018 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Vivian Sanchez</u>
<u>aka Vivian Sanchez Ramos</u>
      Print Name          Middle Name         Last Name

Case number *(if known)* <u>18-20331-LMI</u>

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖    <u>/s/ Ashlee Fogle</u>
      Signature

Date   <u>01/11/2019</u>

Print      <u>Ashlee Fogle</u>
      First Name          Middle Name      Last Name

Title   <u>Bankruptcy Attorney</u>

Company    <u>Robertson, Anschutz & Schneid, P.L.</u>

Address    <u>6409 Congress Ave., Suite 100</u>
        Number      Street

           <u>Boca Raton, FL 33487</u>
        City               State      ZIP Code

Contact Phone   <u>561-241-6901</u>

Email   <u>afogle@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____ January 11, 2019 _____,
I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012
305.687.8008

Vivian Sanchez
aka Vivian Sanchez Ramos
3581 SW 117th Avenue
Unit 5-303
Miami, FL 33175-1779

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By:   /s/Breanna Sawyer _____
     Breanna Sawyer
     bsawyer@rascrane.com