IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              CASE NO. 18-20331-LMI

                                                    CHAPTER 13

VIVIAN SANCHEZ,

      Debtors

_____ /

**NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

**PLEASE TAKE NOTICE** that U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST hereby withdraws the Notice of Mortgage Payment Change (Effective November 1, 2019) filed with the Court on October 2, 2019.

      Respectfully submitted,
      HOWARD LAW GROUP

      /s/ Matthew Klein
      MATTHEW KLEIN
      FLORIDA BAR#: 73529
      4755 Technology Way, Ste. 104
      Boca Raton, FL 33431
      Telephone: 954-893-787
      Fax: 888-235-0017
      Email: matthew@howardlawfl.com

**I HEREBY CERTIFY** that on March 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Robert Sanchez, Esq., 355 W. 49th Street, Hialeah, FL 33012

Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027

Office of the United States Trustee, 51 SW 1st Avenue, Ste. 1204, Miami, FL 33130

and a true and correct copy was mailed to the non-CM/ECF participants:

Vivian Sanchez, 3581 SW 117th Terrace, Unit 5-303, Miami, FL 33175

      /s/ Matthew Klein