IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*In re:*                                                   CASE NO. 18-20331-LMI

                                                            CHAPTER 13

VIVIAN SANCHEZ,

           Debtors

_____/

## NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

**PLEASE TAKE NOTICE** that U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST hereby withdraws the Notice of Mortgage Payment Change (Effective December 1, 2019) filed with the Court on October 2, 2019.

                                                            Respectfully submitted,
                                                            HOWARD LAW GROUP

                                                            /s/ Matthew Klein
                                                            MATTHEW KLEIN
                                                            FLORIDA BAR#: 73529
                                                            4755 Technology Way, Ste. 104
                                                            Boca Raton, FL 33431
                                                            Telephone: 954-893-787
                                                            Fax: 888-235-0017
                                                            Email: matthew@howardlawfl.com

**I HEREBY CERTIFY** that on March 4, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Robert Sanchez, Esq., 355 W. 49th Street, Hialeah, FL 33012

Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027

Office of the United States Trustee, 51 SW 1st Avenue, Ste. 1204, Miami, FL 33130

and a true and correct copy was mailed to the non-CM/ECF participants:

Vivian Sanchez, 3581 SW 117th Terrace, Unit 5-303, Miami, FL 33175

                                                                           /s/ Matthew Klein