UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:	Case No. 18-20331-LMI

Vivian Sanchez

　　　　Debtor(s).	Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On August 24, 2018 the instant case was filed.

2. On January 11, 2019 Debtor's Third Amended Chapter 13 plan was confirmed.

3. The Debtor has experienced and is currently experiencing a material financial hardship due to COVID-19 since the Debtor lost her job directly due to the pandemic and so did her daughter who was providing the Debtor with family contributions. However, both are actively seeking for employment to continue with the bankruptcy.

4. The Debtor is also behind on her plan payments to the Trustee.

5. The Debtor submits to modify her current plan under the CARES Act § 1113(b)(1)(C) which modifies §§ 1329 (d)(1)-(3) and seeks to extend plan payments for a total of 84 months.

6. Furthermore, in debtor's confirmed plan, the debtor is paying U.S. Bank Trust National Association as Trustee, of Chalet Series III Trust, c/o SN Servicing Corporation (herein "Creditor").

7. Creditor filed a notice of mortgage payment change, wherein the regular payment of the debtor's mortgage has increased.

8. Debtor desires to modify her plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on July 30, 2020 to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
    Robert Sanchez, Esq., FBN#0442161