**Fill in this information to identify the case:**

Debtor 1: Vivian Sanchez

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida
(State)

Case number: 18-20331-LMI

Official Form 410S1

# Notice of Mortgage Payment Change

12/15/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF CHALET SERIES III TRUST

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX9562

**Date of Payment Change:**
Must be at least 21 days after date of this notice: 4/1/2021

**New total payment:**
Principal, interest, and escrow, if any: $ 722.99

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ 41.81    **New escrow payment:** $ 46.46

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No

   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   See attached Loan Modification

   **Current interest rate:** 3.000 %    **New interest rate:** 3.875 %
   **Current principal and interest payment:** $ 599.74    **New principal and interest payment:** $ 676.53

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ ___    **New mortgage payment:** $ ___

| Debtor 1 | Vivian | | Sanchez | Case number (*if known*) | 18-20331-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Matthew Klein     Date  3/9/2021
   Signature

| Print: | Matthew | | Klein | Title | **Attorney for Secured Creditor** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Company | **Howard Law Group** | | | | |
| Address | **4755** | **Technology Way, Suite 104** | | | |
| | Number | Street | | | |
| | **Boca Raton** | | **FL** | **33431** | |
| | City | | State | ZIP Code | |
| Contact Phone | 954-893-7874 | | | Email | matthew@howardlaw.com |

I HEREBY CERTIFY that on March 9, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Robert Sanchez, Esq., 355 W. 49th Street, Hialeah, FL 33012

Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027

Office of the United States Trustee, 51 SW 1st Avenue, Ste. 1204, Miami, FL 33130

and a true and correct copy was mailed to the non-CM/ECF participants:

Vivian Sanchez, 3581 SW 117th Terrace, Unit 5-303, Miami, FL 33175



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

VIVIAN SANCHEZ
3581 SW 117 AVE UNIT 5-303
MIAMI FL  33175

Analysis Date: February 22, 2021                                                                                                      Final
Property Address: 3581 SOUTHWEST 117TH AVENUE UNIT 53  MIAMI, FL 33175                                   Loan:

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Apr 2020 to Mar 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2021: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 599.74 | 676.53 ** | | Due Date: | Jul 01, 2020 |
| Escrow Payment: | 41.81 | 46.46 | | Escrow Balance: | (117.62) |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 376.29 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | | | |
| Total Payment: | $641.55 | $722.99 | | Anticipated Escrow Balance: | $258.67 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 267.59 | 254.86 |
| Apr 2020 | 44.60 | 46.22 | | | * | 312.19 | 301.08 |
| May 2020 | 44.60 | | | | * | 356.79 | 301.08 |
| Jun 2020 | 44.60 | 41.81 | | | * | 401.39 | 342.89 |
| Jul 2020 | 44.60 | | | | * | 445.99 | 342.89 |
| Aug 2020 | 44.60 | | | | * | 490.59 | 342.89 |
| Sep 2020 | 44.60 | | | | * | 535.19 | 342.89 |
| Oct 2020 | 44.60 | | | | * | 579.79 | 342.89 |
| Nov 2020 | 44.60 | 41.81 | 535.19 | 544.13 | * County Tax | 89.20 | (159.43) |
| Dec 2020 | 44.60 | | | | * | 133.80 | (159.43) |
| Jan 2021 | 44.60 | | | | * | 178.40 | (159.43) |
| Feb 2021 | 44.60 | 41.81 | | | * | 223.00 | (117.62) |
| Mar 2021 | 44.60 | | | | * | 267.60 | (117.62) |
| | | | | | Anticipated Transactions | 267.60 | (117.62) |
| Feb 2021 | | 334.48 | | | | | 216.86 |
| Mar 2021 | | 41.81 | | | | | 258.67 |
| | $535.20 | $547.94 | $535.19 | $544.13 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 535.19.  Under Federal law, your lowest monthly balance should not have exceeded 89.20 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: February 22, 2021                                                                                                                     Final
Borrower: VIVIAN SANCHEZ                                                                                                                           Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 258.67 | 272.10 |
| Apr 2021 | 45.34 |  |  | 304.01 | 317.44 |
| May 2021 | 45.34 |  |  | 349.35 | 362.78 |
| Jun 2021 | 45.34 |  |  | 394.69 | 408.12 |
| Jul 2021 | 45.34 |  |  | 440.03 | 453.46 |
| Aug 2021 | 45.34 |  |  | 485.37 | 498.80 |
| Sep 2021 | 45.34 |  |  | 530.71 | 544.14 |
| Oct 2021 | 45.34 |  |  | 576.05 | 589.48 |
| Nov 2021 | 45.34 | 544.13 | County Tax | 77.26 | 90.69 |
| Dec 2021 | 45.34 |  |  | 122.60 | 136.03 |
| Jan 2022 | 45.34 |  |  | 167.94 | 181.37 |
| Feb 2022 | 45.34 |  |  | 213.28 | 226.71 |
| Mar 2022 | 45.34 |  |  | 258.62 | 272.05 |
|  | $544.08 | $544.13 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 90.69.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 90.69 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 258.67.  Your starting balance (escrow balance required) according to this analysis should be $272.10.  This means you have a shortage of 13.43.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 544.13.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 45.34 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 1.12 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $46.46 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $721.87 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

2. **Acknowledgements and Preconditions to Modification.** I understand and acknowledge that:

   A. TIME IS OF THE ESSENCE under this Agreement;

   B. If prior to the Modification Effective Date as set forth in Section 3 the Servicer determines that my representations in Section 1 are no longer true and correct, the Loan Documents will not be modified and this Agreement will terminate. In this event, the Servicer will have all of the rights and remedies provided by the Loan Documents; and

   C. I understand that the Loan Documents will not be modified unless and until (i) I receive from the Servicer a copy of this Agreement signed by the Servicer, and (ii) the Modification Effective Date (as defined in Section 3) has occurred. I further understand and agree that the Servicer will not be obligated or bound to make any modification of the Loan Documents if I fail to meet any one of the requirements under this Agreement.

3. **The Modification.** If my representations in Section 1 continue to be true in all material respects and all preconditions to the modification set forth in Section 2 have been met, the Loan Documents will automatically become modified on 1/1/2015 (the "Modification Effective Date") and all unpaid late charges that remain unpaid will be waived. The Loan Documents will be modified and the first modified payment will be due on 1/1/2015.

   A. The new Maturity Date will be: 12/1/2054, at which time a final balloon payment in an amount equal to all remaining amounts owed under the Loan Documents will be due.

   B. The modified Principal balance of my Note will include all amounts and arrearages that will be past due (excluding unpaid late charges) less any amounts paid to the Servicer but not previously credited to my Loan. The new Principal balance of my Note will be $250,271.45 (the "New Principal Balance").

   C. $79,800.42 of the New Principal Balance shall be deferred (the "Deferred Principal Balance") and I will not pay interest or make monthly payments on this amount. The New Principal Balance less the Deferred Principal Balance shall be referred to as the "Interest Bearing Principal Balance" and this amount is $170,471.03. Interest at the rate of 2.00000% will begin to accrue on the Interest Bearing Principal Balance as of 12/1/2014 and the first new monthly payment on the Interest Bearing Principal Balance will be due on 1/1/2015. My payment schedule for the modified Loan is as follows:

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment Amount | Estimated Monthly Escrow Payment Amount* | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 2.00000% | 12/1/2014 | $516.23 | $043.84, adjusts annually after year 1 | $560.07, adjusts annually after year 1 | 1/1/2015 | 60 |
| 6 | 3.00000% | 12/1/2019 | $599.74 | Adjusts Annually | Adjusts Annually | 1/1/2020 | 12 |
| 7-Loans Maturity | 3.87500% | 12/1/2020 | $676.53 | Adjusts Annually | Adjusts Annually | 1/1/2021 | 408 |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |

   *The escrow payments may be adjusted periodically in accordance with applicable law and therefore my total monthly payment may change accordingly.

   The above terms in this Section 3.C. shall supersede any provisions to the contrary in the Loan Documents, including but not limited to, provisions for an adjustable or step or simple interest rate.

   D. I will be in default if I do not comply with the terms of the Loan Documents, as modified by this Agreement.

   E. If a default rate of interest is permitted under the Loan Documents, then in the event of default under the Loan Documents, as amended, the interest that will be due will be the rate set forth in Section 3.C.