UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO: 18-20331
    Vivian Sanchez
        Debtor(s)
_____/

TRUSTEE'S MOTION TO MODIFY PLAN TO INCREASE PLAN BASE

Nancy K. Neidich, Chapter 13 Trustee, files this Motion to Modify Plan to Increase Plan Base and states as follows:

1) The Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code

2) On or about August 6, 2020, the Trustee received a check from Wells Fargo in the amount of **$ 1,417.77** . Correspondence from Wells Fargo indicated that the check represented a refund due to the Debtor as a result of a reduced payment, excess fees or escrow.

3) Wells Fargo is not a creditor paid in the plan but a deduction on Schedule J.

4) Any excess fees or escrow held by the Creditor at the time this case was filed is an asset of the estate.

5) Any excess payments to the creditor are disposable income as the Debtor(s) expenses were actually lower than the expenses listed on their Schedule J and/or Current Monthly Income Form as the mortgage holder was incorrectly calculating the escrow portion of the loan. Had the mortgage company not over stated their mortgage, the amount of the Debtor(s) disposable income would be higher. The funds were disposable income as the Debtor(s) had the income to make the higher payment to the mortgage company.

6) Since the Confirmed Plan does not provide for a 100% dividend, the Debtor is required by 11 U.S.C. §1322(a)(1) and §1325(b) (1)(B) to submit all of the disposable income to payment of creditors.

7) Pursuant to 11 U.S.C. §1329(a), the Trustee may request the plan be modified to increase the amount of payments on claims of a particular class provided for by the plan. The Trustee asserts that the $ 1,417.77 received from Wells Fargo constitutes disposable income and/or an asset of the estate and therefore seeks to modify the Confirmed Plan to increase the total cost of the plan by that amount.

WHEREFORE, the Trustee respectfully requests that this Court grant the Motion to increase the plan base by $ 1,417.77 , to permit the Trustee to disburse the funds to the unsecured creditors, and to grant such other relief as is deemed proper.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: _____
Amy Carrington, Esq.
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion to Modify Plan to Increase Plan Base and the Notice of Hearing was served through NEF on the debtor's attorney on _MARCH 18, 2021_

_____
Amy Carrington, Esq.



**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy    2099    08/13/2020

Check No: 0002561125 Acct No: 4246822977 Amount: $1,417.77 Batch: 910 Transaction: 1 Image: 1

**WELLS FARGO**
Wells Fargo Auto
CPI Payment Program
PO Box 4199
Portland OR 97208-4199

Wells Fargo Bank, N.A.
Check Number 2561125
Date 08-06-2020

11-24
1210

RECEIVED
CHAPTER 13 TRUSTEE
2020 AUG 12 PM 1:08

Pay Exactly ********** One Thousand Four Hundred Seventeen And 77/100
Dollars

Amount
$1,417.77

Pay to the Order of:
NANCY K NEIDICH OR SUCCESSOR TRUSTEE(S)

Authorized Signature

⑆0002561125⑆ ⑆121000248⑆ 4246822977⑆

18-20331
MISC 18



# SunTrust Lockbox Services

## Individual Batch Report

**13DE Neidich, Nancy**    2099    08/13/2020

---

Check No:  Acct No:  Amount:  Batch: 910 Transaction: 1 Image: 3

---

 **Wells Fargo Auto**
CPI Payment Program
PO Box 4199
Portland OR 97208-4199

*Questions?*
*Call 1-888-228-9735 or email*
*info@WellsFargoCPIPayments.com*

*Si tiene preguntas, llame o envíe un*
*mensaje por correo electrónico.*



 
'9612090651012'

NANCY K NEIDICH, BANKRUPTCY TRUSTEE
PO BOX 279806
MIRAMAR FL 33027-9806

Check Date:       08-06-2020
Check Number:     2561125
Check Amount:     $1,417.77
Reference Number: 2142366

AA4233 v.10

Loan Number: ending in 9001

Vehicle: 2005 FORD ESCAPE
VIN: ending in 75537



**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy    2099    08/13/2020

Check No:  Acct No:  Amount:  Batch: 910 Transaction: 1 Image: 4

Wells Fargo Auto
CPI Payment Program
PO Box 4199
Portland OR 97208-4199
888-228-9735
wellsfargo.com/cpipayments

August 6, 2020

 


*9612090651012*

NANCY K NEIDICH, BANKRUPTCY TRUSTEE
PO BOX 279806
MIRAMAR FL 33027-9806



Subject: Reimbursement related to Wells Fargo* auto loan; 2005 FORD ESCAPE

**Borrower(s)/Debtor(s):** Vivian Sanchez
Bankruptcy Case: 1820331 Southern District Of Florida
Bankruptcy Chapter: Chapter 13
Trustee: Nancy K Neidich

Dear Nancy K Neidich, Bankruptcy Trustee,

We are reaching out to share some information regarding the Wells Fargo auto loan above. We recently conducted a review of our Collateral Protection Insurance (CPI) program. As a reminder, CPI is a type of insurance that protects against loss or damage to a vehicle.

We determined that we applied unnecessary CPI charges to the loan. The charges associated with the CPI policy(ies) may have contributed to the repossession of the vehicle.

**What you need to know**
When we reviewed the account, we confirmed that:
- CPI Policy AF3602076, effective March 30, 2006 to March 30, 2007:
    o Borrower had own insurance coverage for the entire policy period.

We carefully thought about what we can do, and are providing financial reimbursement, with the enclosed check in the amount of $1,417.77. This payment is in addition to any CPI-related refunds we previously sent. In cashing this check you are not waiving any current or future legal claims against Wells Fargo.

Here is a breakdown of your check amount:

| | |
|---|---|
| Interest and fees: | $339.77 |
| Repossession costs paid: | $1,078.00 |
| **Total:** | **$1,417.77** |

Please note, if the check is not cashed within 180 days of the date on the check, we will void the check and reissue to all borrower(s) and mail to the primary borrower. Likewise, if you do not have an interest in these funds and would like to redirect this check to the borrower(s), please return the check using the enclosed postage-paid envelope.

*The loan may have been serviced under any of the following names: Wachovia Dealer Services, Wells Fargo Dealer Services, or Wells Fargo Auto Finance.

Your total reimbursement amount may reflect rounding.

CPI-LTR-048 (05/27/2020)
AA4231 v.10



**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy     2099     08/13/2020

Check No:  Acct No:  Amount:  Batch: 910 Transaction: 1 Image: 5

**We're here to help**
If you have questions, please call us at 1-888-228-9735, Monday – Friday, 8:00 a.m. to 8:00 p.m. Eastern Time, send an email to info@wellsfargocpipayments.com, or visit wellsfargo.com/cpipayments. For customers with hearing or speech disabilities, we accept telecommunications relay service calls. If you would prefer to hear a full Spanish translation of this letter, please call us.

**Estamos aquí para ayudar**
Si tiene preguntas, llámenos al 1-888-228-9735, de lunes a viernes, de 8:00 a. m. a 8:00 p. m. hora del este, envíe un correo electrónico a info@wellsfargocpipayments.com o visite wellsfargo.com/cpipayments. Para los clientes con alguna discapacidad auditiva o del habla, aceptamos las llamadas de servicio de retransmisión de telecomunicaciones. Si prefiere escuchar la traducción completa al español de esta carta, llámenos.

Sincerely,

*Tammy Johnson*

Tammy Johnson
Senior Vice President
Customer Remediation Center of Excellence
CPI Payment Program

Vehicle: 2005 FORD ESCAPE
VIN: ending in 75537
Reference Number: 2142366
Loan Number: ending in 9001

Enclosure: Check
Enclosure: Pre-paid envelope



**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy    2099    08/13/2020

Check No:  Acct No:  Amount:  Batch: 910 Transaction: 1 Image: 6

