UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| ☐ | _____ | Original Plan |
| ☐ | _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ■ | SEVENTH | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Vivian Sanchez      JOINT DEBTOR: _____      CASE NO.: 18-20331-LMI

SS#: xxx-xx-4649                           SS#: xxx-xx-_____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,084.09 for months  1  to  32 ;
2. $1,631.52 for months  33  to  84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $5,475.00 | Total Paid: | $1,715.00 | Balance Due: | $3,760.00 |
|---|---|---|---|---|---|
| Payable | $69.14 | /month (Months  1  to  32 ) | | | |
| Payable | $127.72 | /month (Months  33  to  44 ) | | | |
| Payable | $14.88 | /month (Months  45  to  45 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500 Attorneys Fees + $150 Cost + $775 Motion to Value + $525 Motion to Modify + $525 Motion to Modify = $5475.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

**A. SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: U.S. Bank Trust National Association as Trustee
   of Chalet Series III Trust
   c/o SN Servicing Corporation [POC#4]

   Address: 323 Fifth Street
   Eureka, CA 95501

   Arrearage/ Payoff on Petition Date: $14,489.35

   Arrears Payment (Cure): $176.38 /month (Months  1  to  32 )

| | | | |
|---|---|---|---|
| Last 4 Digits of Account No.: 9562 | Regular Payment (Maintain) | $447.81 | /month (Months 1 to 32 ) |
| | Arrears Payment (Cure) | $170.10 | /month (Months 33 to 84 ) |
| | Regular Payment (Maintain) | $830.86 | /month (Months 33 to 84 ) |

Other: _____

☒ Real Property                                  Check one below for Real Property:
  ☒ Principal Residence                          ☒ Escrow is included in the regular payments
  ☐ Other Real Property                          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
3581 SW 117 Avenue #5-303, Miami, FL 33175

☐ Personal Property/Vehicle
Description of Collateral: _____

---

2. Creditor: Westbird Village Condominium Association, Inc.

Address: c/o Bakalar & Associates, P.A.
12472 W. Atlantic Blvd.
Coral Springs, FL 33071

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | | |
| Regular Payment (Maintain) | $216.81 | /month (Months 1 to 32 ) |
| Regular Payment (Maintain) | $317.92 | /month (Months 33 to 84 ) |

Last 4 Digits of Account No.: 5303

Other: _____

☒ Real Property                                  Check one below for Real Property:
  ☒ Principal Residence                          ☒ Escrow is included in the regular payments
  ☐ Other Real Property                          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
3581 SW 117 Avenue #5-303, Miami, FL 33175

☐ Personal Property/Vehicle
Description of Collateral: _____

---

3. Creditor: Antero Capital LLC

Address: POB 1931
Burlingame, CA 94011

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $1,854.25 | |
| Payoff (Including 0% monthly interest) | $22.58 | /month (Months 1 to 32 ) |
| Payoff (Including 0% monthly interest) | $21.77 | /month (Months 33 to 84 ) |

Last 4 Digits of Account No.: 3028

Other: _____

☐ Real Property                                  Check one below for Real Property:
  ☐ Principal Residence                          ☐ Escrow is included in the regular payments
  ☐ Other Real Property                          ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle
Description of Collateral: Retail Credit Card

**B.    VALUATION OF COLLATERAL:**   ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☐ NONE

| 1. Creditor: | Westbird Village Condominium Association, Inc. [Claim #2] | Value of Collateral: $119,137.00<br>Amount of Creditor's Lien: $6,834.29<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>  ☐ taxes  ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br><br>$0.00 /month (Months ___ to ___) |
|---|---|---|---|
| Address: | c/o Bakalar & Associates, P.A.<br>12472 W. Atlantic Blvd.<br>Coral Springs, FL 33071 | | |
| Last 4 Digits of Account No.: | 5303 | | |
| Real Property<br>■ Principal Residence<br>☐ Other Real Property | | | |
| Address of Collateral: | 3581 SW 117 Avenue #5-303, Miami, FL 33175 | | |

2. **VEHICLES(S):** ■ NONE
3. **PERSONAL PROPERTY:** ■ NONE
C. **LIEN AVOIDANCE** ■ NONE
D. **SURRENDER OF COLLATERAL:** ■ NONE
E. **DIRECT PAYMENTS** ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

A. Pay $105.26 /month (Months 1 to 32)
   Pay $0.00 /month (Months 33 to 44)
   Pay $112.84 /month (Months 45 to 45)
   Pay $127.72 /month (Months 46 to 84)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ■ NONE

VI. **STUDENT LOAN PROGRAM** ■ NONE
VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE
VIII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

IX. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

The debtor will modify the plan to provide for the distribution of funds recovered from her pending lawsuit

which are not exempt to the unsecured creditors.
This plan takes into account the two Litigation Settlement Funds received from Wells Fargo.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor   _____   _____ Joint Debtor   _____
Vivian Sanchez                              Date                                                                                     Date

/s/ Robert Sanchez, Esq.          September 14, 2021
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**