

## ORDERED in the Southern District of Florida on September 27, 2021.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA

                                CASE NO: 18-20331-BKC-LMI
IN RE:                          CHAPTER 13
VIVIAN SANCHEZ,
                DEBTOR(S).   /
```

### ORDER CONTINUING TRUSTEE'S MOTION TO MODIFY PLAN TO INCREASE PLAN BASE (ECF #72)

This case came to be heard on September 9, 2021, upon the Trustee's Motion to Modify Plan to Increase Plan Base, it is

ORDERED as follows:

1. The Trustee's Motion (ECF #72) is continued to **October 12, 2021 at 9:00AM** by VIDEO CONFERENCE. You must register in advance no later than 3:00 PM, one business day before the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItduiqqz4iGPWRbYC6YTes9xqj5mxBNU4.

###

PREPARED BY:
NANCY K. NEIDICH, ESQUIRE, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQUIRE is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.