UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Vivian Sanchez  　　　　　　　　Case No.: 18-20331-LMI
　　　　　　　　　　　　　　　　　　　Chapter 13

_____Debtor(s)_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through the undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On August 24, 2018 the instant case was filed.

2. On January 11, 2019 Debtor's Third Amended Chapter 13 plan was confirmed and on October 21, 2021, the Debtor's Eighth Modified Plan was approved.

3. In Debtor's confirmed plan, the debtor is paying U.S. Bank Trust National Association as Trustee, of Chalet Series III Trust c/o SN Servicing Corporation (herein "Secured Creditor).

4. Secured Creditor filed a notice of mortgage payment change, wherein the regular payment of the Debtor's mortgage changed.

5. Debtor desires to modify the plan in order to provide for the new payment.

6. On March 7, 2022, the Trustee issued a Notice of Delinquency.

7. The Debtor has been unable to become current in the required time frame.

8. The Debtor further desires to Modify the plan in order to become current with the Chapter 13 plan.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's Ninth Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on December 5, 2022: to all parties on the service list.

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: /s/ Jose A. Blanco  |    FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013
Tel. (305) 349-3463