UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                          Case No. 18-20331-LMI

VIVIAN SANCHEZ                               Chapter 13
*aka* VIVIAN SANCHEZ RAMOS,

        **Debtor.**
_____x

## NOTICE OF CHANGE OF ADDRESS

**YOU ARE NOTIFIED** that effective immediately creditor, WESTBIRD VILLAGE CONDOMINIUM ASSOCIATION, INC., has changed its mailing address to:

Westbird Village Condominium Association, Inc.
c/o Susan P. Bakalar, Esq.
Bakalar & Associates, P.A.
350 Camino Gardens Blvd., Suite 104
Boca Raton, FL 33432

Please update the mailing address for creditor, WESTBIRD VILLAGE CONDOMINIUM ASSOCIATION, INC., to reflect this address. All payments due to creditor WESTBIRD VILLAGE CONDOMINIUM ASSOCIATION, INC., shall also be mailed to this address.

Dated:  Boca Raton, FL
         January 13, 2023

                                      BAKALAR & ASSOCIATES, P.A.
                                      ATTORNEYS FOR WESTBIRD VILLAGE
                                      CONDOMINIUM ASSOCIATION, INC.

                    BY:    */s/ Susan P. Bakalar*
                               Susan P. Bakalar, Esq.
                               Florida Bar No. 0908932
                               Bakalar & Associates, P.A.
                               350 Camino Gardens Blvd., Suite 104
                               Boca Raton, FL 33432
                               Phone: 954-475-4244
                               Service Email: sbakalar@assoc-law.com