**Fill in this information to identify the case:**

**Debtor 1** Vivian Sanchez

**Debtor 2** _____
(Spouse, if filing)

**United States Bankruptcy Court for the:** Southern District of Florida
(State)

**Case number** 18-20331-LMI

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See bankruptcy rule 3002.1

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of Chalet Series III Trust

**Court claim no.** (if known): ____4____

**Last four digits** of any number you use to identify the debtor's account: 9562

**Date of payment change:** 4/1/2024
Must be at least 21 days after date of this notice

**New total payment:** $723.82
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: **$44.94**   New escrow payment: **$47.29**

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

Current Interest Rate: _____%   New interest rate: _____%

Current principal and interest payment: $_____   New principal and interest payment: $_____

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

Reason for change: _____

Current mortgage payment: $_____   New mortgage payment: $_____

---

Official Form 410S1   **Notice of Mortgage Payment Change**   Page 1

| Debtor 1 | Vivian Sanchez | | | Case Number *(if known)* | 18-20331-LMI |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Matthew B. Klein                                    Date 02/29/2024
  Signature

| Print: | Matthew B. Klein | | 73529 | Title | Bankruptcy Attorney |
|---|---|---|---|---|---|
| | First name | Middle Name | Last name | | |

Company    HOWARD LAW

Address    4755 Technology Way, Suite 104,
           Number            Street

           Boca Raton, FL 33431
           City        State      Zip Code

Contact phone    (954) 893-7874        Email:    Matthew@howardlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 29, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Jose A Blanco, Esq., Jose A. Blanco, P.A., 102 E 49th ST, Hialeah, FL 33013
Nancy K. Neidich, www.ch13miami.com, POB 279806, Miramar, FL 33027
Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

And a copy was mailed via US Mail to:
Vivian Sanchez, 3581 SW 117th Avenue, Unit 5-303, Miami, FL 33175-1779

                                        /s/ Matthew Klein
                                        MATTHEW KLEIN
                                        FLORIDA BAR#: 73529

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2771 o 2750
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

VIVIAN SANCHEZ
3581 SOUTHWEST 117TH AVENUE UNIT 53
MIAMI FL  33175

Analysis Date: February 08, 2024                                                                                                  Final
Property Address: 3581 SOUTHWEST 117TH AVENUE UNIT 53  MIAMI, FL 33175                           Loan:          9562

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Apr 2023 to Mar 2024.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2024: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 676.53 | 676.53 ** | | Due Date: | Nov 01, 2023 |
| Escrow Payment: | 44.94 | 47.29 | | Escrow Balance: | 40.83 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 224.70 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $265.53 |
| Total Payment: | $721.47 | $723.82 | | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 269.63 | 51.61 |
| Apr 2023 | 44.94 | 91.98 | | | * | 314.57 | 143.59 |
| May 2023 | 44.94 | 45.99 | | | * | 359.51 | 189.58 |
| Jun 2023 | 44.94 | | | | * | 404.45 | 189.58 |
| Jul 2023 | 44.94 | 45.99 | | | * | 449.39 | 235.57 |
| Aug 2023 | 44.94 | 90.93 | | | * | 494.33 | 326.50 |
| Sep 2023 | 44.94 | 89.88 | | | * | 539.27 | 416.38 |
| Oct 2023 | 44.94 | | | | * | 584.21 | 416.38 |
| Nov 2023 | 44.94 | 89.88 | 539.27 | 555.31 | * County Tax | 89.88 | (49.05) |
| Dec 2023 | 44.94 | 44.94 | | | | 134.82 | (4.11) |
| Jan 2024 | 44.94 | 44.94 | | | | 179.76 | 40.83 |
| Feb 2024 | 44.94 | | | | * | 224.70 | 40.83 |
| Mar 2024 | 44.94 | | | | * | 269.64 | 40.83 |
| | | | | | Anticipated Transactions | 269.64 | 40.83 |
| Feb 2024 | | 179.76 | | | | | 220.59 |
| Mar 2024 | | 44.94 | | | | | 265.53 |
| | $539.28 | $769.23 | $539.27 | $555.31 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 539.27.  Under Federal law, your lowest monthly balance should not have exceeded 89.88 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Page 2

Analysis Date: February 08, 2024 Final
Borrower: VIVIAN SANCHEZ Loan:

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 265.53 | 277.62 |
| Apr 2024 | 46.28 | | | 311.81 | 323.90 |
| May 2024 | 46.28 | | | 358.09 | 370.18 |
| Jun 2024 | 46.28 | | | 404.37 | 416.46 |
| Jul 2024 | 46.28 | | | 450.65 | 462.74 |
| Aug 2024 | 46.28 | | | 496.93 | 509.02 |
| Sep 2024 | 46.28 | | | 543.21 | 555.30 |
| Oct 2024 | 46.28 | | | 589.49 | 601.58 |
| Nov 2024 | 46.28 | 555.31 | County Tax | 80.46 | 92.55 |
| Dec 2024 | 46.28 | | | 126.74 | 138.83 |
| Jan 2025 | 46.28 | | | 173.02 | 185.11 |
| Feb 2025 | 46.28 | | | 219.30 | 231.39 |
| Mar 2025 | 46.28 | | | 265.58 | 277.67 |
| | $555.36 | $555.31 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 92.55. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 92.55 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 265.53. Your starting balance (escrow balance required) according to this analysis should be $277.62. This means you have a shortage of 12.09. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be 555.31. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: February 08, 2024                                                                                                                    Final
Borrower: VIVIAN SANCHEZ                                                                                                                            Loan:

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 46.28 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 1.01 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $47.29 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $722.81 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**