UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                            Case Number: 18-20331-LMI

VIVIAN SANCHEZ,                                                         Chapter 13

    Debtor(s).
_____/

### TRUSTEE'S MOTION FOR AN ORDER TO SHOW CAUSE
### AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

COMES NOW, Nancy K. Neidich, Standing Chapter 13 Trustee, by and through undersigned counsel and moves this Honorable Court to enter an Order to Show Cause why Counsel for the Debtor should not be sanctioned for failing to file a Motion to Determine Final Cure Payment and states:

1. The Debtor's confirmed plan cures a default on Debtor's mortgage held by U.S. Bank National Association (Claim No. 4).

2. All payments have been made under the confirmed plan.

3. Pursuant to the Local Form 90, counsel for the Debtor is required to file a motion to determine final cure of the mortgage.

4. On September 16, 2025, the Trustee sent a letter to Debtor's Counsel requesting that the motion be filed as required by Fed. R. Bankr. P. 3002.1(f) and Local Rule 3070-1(E). Attached hereto and incorporated herein is a copy of same.

5. As of the filing of the instant motion, Counsel for the Debtor(s) has failed to file the motion to determine final cure of the mortgage.

**WHEREFORE,** for the above stated reasons, the Trustee respectfully requests this Honorable Court enter an Order to Show Cause why the Debtor should not be sanctioned for failure to continue the motion to determine final cure of the mortgage and further relief as may be just and proper.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ Gianny Blanco
GIANNY BLANCO, ESQ.
FLORIDA BAR NO: 0078080
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

**CERTIFICATE OF SERVICE**

I CERTIFY that the foregoing has been served by CMECF notices of electronic filing on Debtor's counsel on 11/12/25.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ Gianny Blanco
GIANNY BLANCO, ESQ.
FLORIDA BAR NO: 0078080
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402