UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Vivian Sanchez

Case No.: 18-20331-LMI
Chapter 13

_____ Debtor _____/

## DEBTOR'S MOTION TO DEEM U.S. BANK TRUST, N.A. / SELENE FINANCE LP CURRENT AS OF SEPTEMBER 24, 2025, IN ACCORDANCE WITH THE CHAPTER 13 PLAN

COMES NOW, the Debtor, Vivian Sanchez, by and through the undersigned counsel, and files this Motion to Deem Mortgage of U.S. BANK TRUST, N.A. / SELENE FINANCE LP Current as of September 24, 2025, in accordance with the Chapter 13 Plan and approving the undersigned's attorney's fees and in support thereof states as follows:

1.    This case was filed on August 24, 2018.

2.    The Debtor owns the real property located at 3581 SW 117th Avenue, Unit 5-303, Miami, FL 33175-1779.

3.    The Debtor filed a Chapter 13 Plan, which treats U.S. BANK TRUST, N.A. / SELENE FINANCE LP (herein "Creditor") as a cure and maintain mortgage creditor.

4.    The Confirmed Plan paid Creditor the regular payment during the life of the plan up to and including the September 2025 payment.

5.    The total due to Creditor in the Debtor's 84 month plan is $14,489.35 for the arrears due and $56,624.93 for the regular monthly payments. As of the filing of the instant motion, a total of $71,114.28 has been paid to the Creditor by the

Trustee, allocating $14,489.35 for the arears due and $56,624.93 for the monthly regular payments.

6.      The Debtor is current and complete on all payments due under the confirmed Chapter 13 Plan. As such, the Debtor seeks an order deeming the mortgage current through September 24, 2025, and that that first payment due to be paid directly to the creditor should be the October 1, 2025 payment.

WHEREFORE, the Debtor respectfully requests that this Court enter an Order Deeming U.S. BANK TRUST, N.A. / SELENE FINANCE LP current through September 24, 2025, and any and all other relief that is just.

## Certificate of Admission

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in local Rule 910 (D) (1) and (2).

Respectfully submitted:          **Jose A. Blanco, P.A.**
November 17, 2025                By: */s/ Jose A. Blanco* | FBN: 062449
                                Attorney for Debtor(s)
                                102 E 49th ST
                                Hialeah, FL 33013,
                                Tel. (305) 349-3463
                                E-mail: jose@blancopa.com