UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                      CASE NO.: 18-20331-LMI
                                                                                                          CHAPTER 13

Vivian Sanchez
*aka* Vivian Sanchez Ramos,
   Debtor.
_____/

### RESPONSE TO DEBTOR'S MOTION TO DEEM U.S. BANK TRUST, N.A. / SELENE FINANCE LP CURRENT AS OF SEPTEMBER 24, 2025, IN ACCORDANCE WITH THE CHAPTER 13 PLAN

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Debtor's Motion to Deem U.S. Bank Trust, N.A. / Selene Finance LP Current As Of September 24, 2025, In Accordance with the Chapter 13 Plan [Docket No. 154] ("Debtor's Motion") and in support thereof represents:

1. On August 24, 2018, Vivian Sanchez ("Debtor") filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code.

2. Secured Creditor holds an interest in Debtor's real property located at 3581 SW 117TH AVE, MIAMI, Florida 33175.

3. Secured Creditor agrees that the Debtor has cured all pre-petition arrears as represented in the Debtor's Motion.

4. Secured Creditor disagrees that Debtor is current in the post-petition payments. According to Secured Creditor's records, the loan is due for the April 1, 2025 post-petition payment. The payments from April 1, 2025 to November 1, 2025 are

delinquent in the amount of $5,796.90 minus the suspense balance of ($381.65), making the total amount due $5,415.25.

5. Secured Creditor reserves the right to supplement its Disagreed Response to Debtor's Motion at any time before or at the hearing.

Dated: November 26, 2025

                      Respectfully Submitted By:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
*Attorney for Secured Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: */s/ Giselle Velez*
Giselle Velez, Esquire
Florida Bar Number 71004
Email: gvelez@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 26, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Vivian Sanchez
3581 SW 117th Avenue
Unit 5-303
Miami, FL 33175-1779

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
*Attorney for Secured Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: */s/ Giselle Velez*
Giselle Velez, Esquire
Florida Bar Number 71004
Email: gvelez@raslg.com

## PAYMENT HISTORY

| PAYMENT HISTORY PER MSP | | | | | | | POST-PETITION PAYMENT CHANGES | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOAN NUMBER | | | | | | | | | | | | | | |
| FILING DATE | | | EFFECTIVE | 9/1/2018 | 11/1/2019 | 12/1/2019 | 4/1/2020 | 4/1/2021 | 4/1/2022 | 4/1/2023 | 4/1/2024 | 4/1/2025 | 10/1/2025 | |
| PAYMENTS IN POC | | | AMOUNT | $558.81 | $1,139.54 | $1,223.05 | $641.55 | $722.99 | $722.52 | $721.47 | $723.82 | $724.72 | $724.29 | |
| FIRST POST-PETITION DUE DATE | | | | | | | | | | | | | | |

**CURRENT TOTALS**

| Pre Pmts | Post Pmts | Susp Bal |
|---|---|---|
| $6,555.94 | $56,624.93 | $381.65 |

| | INCOMING FUNDS | | | | MANUAL HISTORY | | | COMMENTS | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | PRE-PETITION FUNDS | POST-PETITION FUNDS | PAYMENT AMOUNT | Phonepay Fee | MANUAL SUSP | MANUAL SUSP BAL | 4/1/2021 | COMMENTS | |
| **STARTING BALANCES** | | | | $ - | $ - | $ - | | | |
| | | | | $ - | $ - | $ - | | | |
| 11/16/2018 | | | | $ - | $ - | $ - | | | |
| 11/16/2018 | | | | $ - | $ - | $ - | | | |
| 2/27/2019 | $1,207.45 | $2,812.25 | $558.81 | $ - | $ 2,253.44 | $ 2,253.44 | 9/1/2018 | | |
| 2/27/2019 | | | $558.81 | $ - | $ (558.81) | $ 1,694.63 | 10/1/2018 | | |
| 2/27/2019 | | | $558.81 | $ - | $ (558.81) | $ 1,135.82 | 11/1/2018 | | |
| 2/27/2019 | | | $558.81 | $ - | $ (558.81) | $ 577.01 | 12/1/2018 | | |
| 2/27/2019 | | | | $ - | $ - | $ 577.01 | | | |
| 3/19/2019 | | | | $ - | $ - | $ 577.01 | | | |
| 3/19/2019 | | | | $ - | $ - | $ 577.01 | | | |
| 3/22/2019 | $47.30 | $110.16 | $558.81 | $ - | $ (448.65) | $ 128.36 | 1/1/2019 | | |
| 4/1/2019 | | | | $ - | $ - | $ 128.36 | | | |
| 4/5/2019 | | | | $ - | $ - | $ 128.36 | | | |
| 4/25/2019 | $264.43 | $615.88 | $558.81 | $ - | $ 57.07 | $ 185.43 | 2/1/2019 | | |
| 5/2/2019 | | | | $ - | $ - | $ 185.43 | | | |
| 5/22/2019 | $3,761.79 | | | $ - | $ - | $ 185.43 | | | |
| 5/22/2019 | ($3,981.66) | | | $ - | $ - | $ 185.43 | | | |
| 5/22/2019 | | | | $ - | $ - | $ 185.43 | | | |
| 5/22/2019 | | | | $ - | $ - | $ 185.43 | | | |
| 5/30/2019 | $412.74 | $961.31 | $558.81 | $ - | $ 402.50 | $ 587.93 | 3/1/2019 | | |
| 5/30/2019 | | | $558.81 | $ - | $ (558.81) | $ 29.12 | 4/1/2019 | | |
| 6/3/2019 | | | | $ - | $ - | $ 29.12 | | | |
| 6/3/2019 | | | | $ - | $ - | $ 29.12 | | | |
| 6/5/2019 | | | | $ - | $ - | $ 29.12 | | | |
| 6/24/2019 | $112.51 | $262.04 | | $ - | $ 262.04 | $ 291.16 | | | |
| 7/5/2019 | | | | $ - | $ - | $ 291.16 | | | |
| 7/26/2019 | $370.47 | $862.86 | $558.81 | $ - | $ 304.05 | $ 595.21 | 5/1/2019 | | |
| 7/26/2019 | | | $558.81 | $ - | $ (558.81) | $ 36.40 | 6/1/2019 | | |
| 7/31/2019 | | | | $ - | $ - | $ 36.40 | | | |
| 8/2/2019 | | | | $ - | $ - | $ 36.40 | | | |
| 8/26/2019 | $241.49 | $562.45 | $558.81 | $ - | $ 3.64 | $ 40.04 | 7/1/2019 | | |
| 8/30/2019 | | | | $ - | $ - | $ 40.04 | | | |
| 9/4/2019 | | | | $ - | $ - | $ 40.04 | | | |
| 10/1/2019 | $241.49 | $562.45 | $558.81 | $ - | $ 3.64 | $ 43.68 | 8/1/2019 | | |
| 10/2/2019 | | | | $ - | $ - | $ 43.68 | | | |
| 10/8/2019 | | | | $ - | $ - | $ 43.68 | | | |
| 10/25/2019 | $241.49 | $562.45 | $558.81 | $ - | $ 3.64 | $ 47.32 | 9/1/2019 | | |
| 11/5/2019 | | | | $ - | $ - | $ 47.32 | | | |
| 11/15/2019 | | | | $ - | $ - | $ 47.32 | | | |
| 11/20/2019 | $215.34 | $501.55 | | $ - | $ 501.55 | $ 548.87 | | | |
| 11/30/2019 | | | | $ - | $ - | $ 548.87 | | | |
| 12/5/2019 | | | | $ - | $ - | $ 548.87 | | | |
| 1/3/2020 | | | | $ - | $ - | $ 548.87 | | | |
| 2/4/2020 | | | | $ - | $ - | $ 548.87 | | | |
| 2/5/2020 | | | | $ - | $ - | $ 548.87 | | | |
| 2/21/2020 | $750.62 | $1,748.25 | $558.81 | $ - | $ 1,189.44 | $ 1,738.31 | 10/1/2019 | | |
| 2/21/2020 | | | $1,139.54 | $ - | $ (1,139.54) | $ 598.77 | 11/1/2019 | | |
| 2/25/2020 | | | | $ - | $ - | $ 598.77 | | | |
| 2/26/2020 | | | | $ - | $ - | $ 598.77 | | | |
| 2/26/2020 | | | | $ - | $ - | $ 598.77 | | | |
| 2/26/2020 | | | | $ - | $ - | $ 598.77 | | | |

| Date | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 |
|---|---|---|---|---|---|---|---|
| 3/24/2020 | $241.49 | $562.45 | | $ - | $ 562.45 | $ 1,161.22 | |
| 3/25/2020 | | | | $ - | $ - | $ 1,161.22 | |
| 4/23/2020 | $241.49 | $562.45 | $1,223.05 | $ - | $ (660.60) | $ 500.62 | 12/1/2019 |
| 4/28/2020 | | | | $ - | $ - | $ 500.62 | |
| 6/29/2020 | $482.98 | $1,124.90 | $1,223.05 | $ - | $ (98.15) | $ 402.47 | 1/1/2020 |
| 7/7/2020 | | | | $ - | $ - | $ 402.47 | |
| 11/12/2020 | | | | $ - | $ - | $ 402.47 | |
| 11/27/2020 | $126.47 | $556.00 | | $ - | $ 556.00 | $ 958.47 | |
| 11/30/2020 | | | | $ - | $ - | $ 958.47 | |
| 2/18/2021 | $144.94 | $637.20 | $1,223.05 | $ - | $ (585.85) | $ 372.62 | 2/1/2020 |
| 2/18/2021 | | | | $ - | $ - | $ 372.62 | |
| 2/22/2021 | | | | $ - | $ - | $ 372.62 | |
| 2/26/2021 | $156.46 | $687.88 | | $ - | $ 687.88 | $ 1,060.50 | |
| 3/4/2021 | | | | $ - | $ - | $ 1,060.50 | |
| 4/23/2021 | $144.94 | $637.21 | $1,223.05 | $ - | $ (585.84) | $ 474.66 | 3/1/2020 |
| 4/27/2021 | | | | $ - | $ - | $ 474.66 | |
| 11/9/2021 | | | | $ - | $ - | $ 474.66 | |
| 12/22/2021 | $1,259.39 | $6,151.45 | $641.55 | $ - | $ 5,509.90 | $ 5,984.56 | 4/1/2020 |
| 12/22/2021 | | | $641.55 | $ - | $ (641.55) | $ 5,343.01 | 5/1/2020 |
| 12/22/2021 | | | $641.55 | $ - | $ (641.55) | $ 4,701.46 | 6/1/2020 |
| 12/22/2021 | | | $641.55 | $ - | $ (641.55) | $ 4,059.91 | 7/1/2020 |
| 12/22/2021 | | | $641.55 | $ - | $ (641.55) | $ 3,418.36 | 8/1/2020 |
| 12/22/2021 | | | $641.55 | $ - | $ (641.55) | $ 2,776.81 | 9/1/2020 |
| 12/22/2021 | | | $641.55 | $ - | $ (641.55) | $ 2,135.26 | 10/1/2020 |
| 12/22/2021 | | | $641.55 | $ - | $ (641.55) | $ 1,493.71 | 11/1/2020 |
| 12/22/2021 | | | $641.55 | $ - | $ (641.55) | $ 852.16 | 12/1/2020 |
| 1/21/2022 | $175.69 | $858.13 | $641.55 | $ - | $ 216.58 | $ 1,068.74 | 1/1/2021 |
| 1/21/2022 | | | $641.55 | $ - | $ (641.55) | $ 427.19 | 2/1/2021 |
| 3/22/2022 | $351.95 | $1,719.13 | $641.55 | $ - | $ 1,077.58 | $ 1,504.77 | 3/1/2021 |
| 3/22/2022 | | | $722.99 | $ - | $ (722.99) | $ 781.78 | 4/1/2021 |
| 5/24/2022 | $196.22 | $958.46 | $722.99 | $ - | $ 235.47 | $ 1,017.25 | 5/1/2021 |
| 6/22/2022 | $198.72 | $970.65 | $722.99 | $ - | $ 247.66 | $ 1,264.91 | 6/1/2021 |
| 6/22/2022 | | | $722.99 | $ - | $ (722.99) | $ 541.92 | 7/1/2021 |
| 7/26/2022 | $198.11 | $967.68 | $722.99 | $ - | $ 244.69 | $ 786.61 | 8/1/2021 |
| 9/21/2022 | $198.11 | $967.68 | $722.99 | $ - | $ 244.69 | $ 1,031.30 | 9/1/2021 |
| 10/25/2022 | $192.93 | $942.35 | $722.99 | $ - | $ 219.36 | $ 1,250.66 | 10/1/2021 |
| 10/25/2022 | | | $722.99 | $ - | $ (722.99) | $ 527.67 | 11/1/2021 |
| 11/14/2022 | | | | $ - | $ - | $ 527.67 | |
| 11/22/2022 | $405.67 | $1,981.53 | $722.99 | $ - | $ 1,258.54 | $ 1,786.21 | 12/1/2021 |
| 11/22/2022 | | | $722.99 | $ - | $ (722.99) | $ 1,063.22 | 1/1/2022 |
| 11/28/2022 | ($1,555.46) | | $722.99 | $ - | $ (722.99) | $ 340.23 | 2/1/2022 |
| 11/28/2022 | ($3,856.78) | | | $ - | $ - | $ 340.23 | |
| 11/28/2022 | | | | $ - | $ - | $ 340.23 | |
| 2/2/2023 | ($3,856.77) | | | $ - | $ - | $ 340.23 | |
| 2/2/2023 | $1,555.47 | | | $ - | $ - | $ 340.23 | |
| 2/2/2023 | | | | $ - | $ - | $ 340.23 | |
| 3/23/2023 | $617.81 | $2,917.22 | $722.99 | $ - | $ 2,194.23 | $ 2,534.46 | 3/1/2022 |
| 3/23/2023 | | | $722.52 | $ - | $ (722.52) | $ 1,811.94 | 4/1/2022 |
| 3/23/2023 | | | $722.52 | $ - | $ (722.52) | $ 1,089.42 | 5/1/2022 |
| 3/23/2023 | | | $722.52 | $ - | $ (722.52) | $ 366.90 | 6/1/2022 |
| 4/20/2023 | $201.92 | $953.51 | $722.52 | $ - | $ 230.99 | $ 597.89 | 7/1/2022 |
| 4/27/2023 | | | | $ - | $ - | $ 597.89 | |
| 5/23/2023 | $203.01 | $958.64 | $722.52 | $ - | $ 236.12 | $ 834.01 | 8/1/2022 |
| 7/26/2023 | $201.92 | $953.52 | $722.52 | $ - | $ 231.01 | $ 1,065.02 | 9/1/2022 |
| 8/22/2023 | $201.92 | $953.54 | $722.52 | $ - | $ 231.02 | $ 1,296.04 | 10/1/2022 |
| 8/23/2023 | | | $722.52 | $ - | $ (722.52) | $ 573.52 | 11/1/2022 |
| 9/27/2023 | $403.84 | $1,907.08 | $722.52 | $ - | $ 1,184.56 | $ 1,758.08 | 12/1/2022 |
| 9/27/2023 | | | $722.52 | $ - | $ (722.52) | $ 1,035.56 | 1/1/2023 |
| 11/15/2023 | | | $722.52 | $ - | $ (722.52) | $ 313.04 | 2/1/2023 |
| 11/21/2023 | $204.09 | $963.79 | $722.52 | $ - | $ 241.27 | $ 554.31 | 3/1/2023 |
| 11/29/2023 | | | | $ - | $ - | $ 554.31 | |
| 12/19/2023 | $204.09 | $963.80 | $721.47 | $ - | $ 242.33 | $ 796.64 | 4/1/2023 |
| 1/24/2024 | $204.10 | $963.79 | $721.47 | $ - | $ 242.32 | $ 1,038.96 | 5/1/2023 |
| 7/22/2024 | $569.03 | $2,690.13 | $721.47 | $ - | $ 1,968.66 | $ 3,007.62 | 6/1/2023 |
| 7/22/2024 | | | $721.47 | $ - | $ (721.47) | $ 2,286.15 | 7/1/2023 |
| 7/22/2024 | | | $721.47 | $ - | $ (721.47) | $ 1,564.68 | 8/1/2023 |
| 7/23/2024 | | | $721.47 | $ - | $ (721.47) | $ 843.21 | 9/1/2023 |

| Date | Amount 1 | Amount 2 | Amount 3 | Col A | Col B | Col C | Due Date | Notes |
|---|---|---|---|---|---|---|---|---|
| 8/21/2024 | $198.19 | $936.52 | $721.47 | $ - | $ 215.05 | $ 1,058.26 | 10/1/2023 | |
| 9/19/2024 | $240.91 | $1,138.36 | $721.47 | $ - | $ 416.89 | $ 1,475.15 | 11/1/2023 | |
| 9/20/2024 | | | $721.47 | $ - | $ (721.47) | $ 753.68 | 12/1/2023 | |
| 10/23/2024 | $240.91 | $1,138.36 | $721.47 | $ - | $ 416.89 | $ 1,170.57 | 1/1/2024 | |
| 10/24/2024 | | | $721.47 | $ - | $ (721.47) | $ 449.10 | 2/1/2024 | |
| 11/8/2024 | | | | $ - | $ - | $ 449.10 | | |
| 11/19/2024 | $239.63 | $1,132.30 | $721.47 | $ - | $ 410.83 | $ 859.93 | 3/1/2024 | |
| 12/26/2024 | $239.63 | $1,132.30 | $723.82 | $ - | $ 408.48 | $ 1,268.41 | 4/1/2024 | |
| 12/26/2024 | | | $723.82 | $ - | $ (723.82) | $ 544.59 | 5/1/2024 | |
| 1/21/2025 | $239.63 | $1,132.30 | $723.82 | $ - | $ 408.48 | $ 953.07 | 6/1/2024 | |
| 2/19/2025 | $254.70 | $1,203.53 | $723.82 | $ - | $ 479.71 | $ 1,432.78 | 7/1/2024 | |
| 2/19/2025 | | | $723.82 | $ - | $ (723.82) | $ 708.96 | 8/1/2024 | |
| 3/7/2025 | | | | $ - | $ - | $ 708.96 | | |
| 3/7/2025 | | | | $ - | $ - | $ 708.96 | | |
| 3/21/2025 | $238.72 | $1,128.01 | $723.82 | $ - | $ 404.19 | $ 1,113.15 | 9/1/2024 | |
| 5/13/2025 | $239.39 | $1,131.13 | $723.82 | $ - | $ 407.31 | $ 1,520.46 | 10/1/2024 | |
| 7/2/2025 | $480.05 | $2,268.00 | $723.82 | $ - | $ 1,544.18 | $ 3,064.64 | 11/1/2024 | |
| 7/2/2025 | | | $723.82 | $ - | $ (723.82) | $ 2,340.82 | 12/1/2024 | |
| 7/2/2025 | | | $723.82 | $ - | $ (723.82) | $ 1,617.00 | 1/1/2025 | |
| 7/10/2025 | | | $723.82 | $ - | $ (723.82) | $ 893.18 | 2/1/2025 | |
| 7/10/2025 | | | $723.82 | $ - | $ (723.82) | $ 169.36 | 3/1/2025 | |
| 7/10/2025 | | | | $ - | $ - | $ 169.36 | | |
| 7/21/2025 | | | | $ - | $ - | $ 169.36 | | |
| 7/25/2025 | | | | $ - | $ - | $ 169.36 | | |
| 7/29/2025 | | $212.29 | | $ - | $ 212.29 | $ 381.65 | | |
| 7/29/2025 | $44.97 | | | $ - | $ - | $ 381.65 | | |
| 10/30/2025 | | | | $ - | $ - | $ 381.65 | | |
| 10/30/2025 | | | | $ - | $ - | $ 381.65 | | |
| 10/30/2025 | | | | $ - | $ - | $ 381.65 | | |
| 10/30/2025 | | | | $ - | $ - | $ 381.65 | | Next due date will be on 4/1/2025 |
| 10/30/2025 | | | | $ - | $ - | $ 381.65 | | |
| 10/30/2025 | | | | $ - | $ - | $ 381.65 | | |
| 11/6/2025 | | | | $ - | $ - | $ 381.65 | | |
| 11/6/2025 | | | | $ - | $ - | $ 381.65 | | |
| 11/12/2025 | | | | $ - | $ - | $ 381.65 | | |
| | | | | $ - | $ - | $ 381.65 | | |
| | | | | $ - | $ - | $ 381.65 | | |
| | | | | $ - | $ - | $ 381.65 | | |