

**ORDERED in the Southern District of Florida on February 4, 2026.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:    Vivian Sanchez                                   Case No.: 18-20331-LMI
                                                           Chapter 13

_____Debtor_____/

### ORDER CONTINUING MOTION TO DEEM MORTGAGE IS CURRENT [# 154]

**THIS MATTER** having come to be heard on the Court's consent calendar on **February 3, 2026**, upon **Debtor's Motion to Deem Mortgage is Current ["Motion"; ECF#154]**, and based upon the record, IT IS;

**ORDERED:**

1. The Motion is continued to: March 10, 2026, at 9:00 AM by VIDEO CONFERENCE. To participate, you must register in advance no later than 3:00 PM, one business day before the hearing. To register, click on or enter the following registration link in a browser:

**Honorable Laurel M. Isicoff**
Chapter 13 Calendars (only)
Registration
Link: https://www.zoomgov.com/meeting/register/vJItduiqqz4iGPWRbYC6YTes9xqj5mxBNU4

# # #

Submitted By:
Jose A. Blanco, Esq.
**JOSE A. BLANCO, P.A.**
102 E 49 ST,
Hialeah, FL 33013
Tel.:     (305) 349-3463
Fax :    (786) 567-5057
Email: jose@blancopa.com

Jose A. Blanco, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.