

**ORDERED in the Southern District of Florida on March 16, 2026.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Vivian Sanchez                                      Case No.: 18-20331-LMI
                                                             Chapter 13

_____ Debtor _____ /

### AGREED ORDER ON DEBTOR'S MOTION TO DEEM U.S. BANK TRUST, N.A. / SELENE FINANCE LP CURRENT IN ACCORDANCE WITH THE CHAPTER 13 PLAN

THIS CAUSE set for hearing on March 10, 2026, on the Chapter 13 consent calendar on the Debtor's Motion to Deem U.S. Bank Trust, N.A. / Selene Finance LP Current in Accordance with the Chapter 13 Plan (ECF# 154) and the response thereto filed by U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for RCAF Acquisition Trust (ECF# 157). The Court, having reviewed the Motion and Response, and being otherwise fully advised in the premises, and the parties being in agreement, it is

ORDERED AND ADJUDGED:

1.   The Motion is resolved by agreement of the parties.

2.  The Debtor is current with the obligations due under the confirmed Chapter 13
    plan.

3.  As of the entry of this Order, the subject mortgage loan is due for the April
    2026 payment.

###

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.