**Fill in this information to identify the case:**

Debtor 1    Vivian Sanchez

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Florida

Case number    18-20331-LMI

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 9 5 6 2

**Date of payment change:**
Must be at least 21 days after date of this notice    11/01/2019

**New total payment:** $ 1,139.54
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ 46.22     New escrow payment: $ 623.31

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

---

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

| Debtor 1 | Vivian Sanchez | | | Case number (*if known*) 18-20331-LMI |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Chase Berger
Signature

Date 10/02/2019

Print: Chase Berger
       First Name    Middle Name    Last Name

Title Authorized Agent for Secured Creditor

Company: Ghidotti | Berger LLP

Address: 3050 Biscayne Boulevard, Suite 402
         Number    Street

Miami                      FL        33137
City                       State     ZIP Code

Contact phone (305) 501-2808

Email cberger@ghidottiberger.com

SN Servicing Corporation                                 Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   September 23, 2019

VIVIAN SANCHEZ                                                                           Loan:
3581 SW 117 AVE UNIT 5-303                                    Property Address:
MIAMI FL  33175                                                      3581 SOUTHWEST 117TH AVENUE UNIT 53
                                                                                MIAMI, FL  33175

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Feb 2019 to Oct 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Nov 01, 2019: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 516.23 | 516.23 ** | Due Date: | Aug 01, 2019 |
| Escrow Payment: | 46.22 | 623.31 | Escrow Balance: | (3,318.11) |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 138.66 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 965.82 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | ($4,145.27) |
| Total Payment: | $562.45 | $1,139.54 | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (880.30) |
| Feb 2019 | | 180.16 | | * | | 0.00 | (700.14) |
| Feb 2019 | | 45.04 | | * | | 0.00 | (655.10) |
| Mar 2019 | | 90.08 | | * | | 0.00 | (565.02) |
| Apr 2019 | | 45.04 | | * | | 0.00 | (519.98) |
| Apr 2019 | | | | 1,363.88 | * Escrow Disbursement | 0.00 | (1,883.86) |
| May 2019 | | 755.39 | | * | Escrow Only Payment | 0.00 | (1,128.47) |
| May 2019 | | 92.44 | | * | | 0.00 | (1,036.03) |
| May 2019 | | | | 485.48 | * Escrow Disbursement | 0.00 | (1,521.51) |
| Jun 2019 | | | | 484.46 | * Escrow Disbursement | 0.00 | (2,005.97) |
| Jul 2019 | | 92.44 | | * | | 0.00 | (1,913.53) |
| Jul 2019 | | | | 484.46 | * Escrow Disbursement | 0.00 | (2,397.99) |
| Aug 2019 | | 46.22 | | * | | 0.00 | (2,351.77) |
| Aug 2019 | | | | 483.43 | * Escrow Disbursement | 0.00 | (2,835.20) |
| Sep 2019 | | | | 482.91 | * Escrow Disbursement | | (3,318.11) |
| | | | | | Anticipated Transactions | 0.00 | (3,318.11) |
| Sep 2019 | | 92.44 | | 482.91 | Forced Place Insur | | (3,708.58) |
| Oct 2019 | | 46.22 | | 482.91 | Forced Place Insur | | (4,145.27) |
| | $0.00 | $1,485.47 | $0.00 | $4,750.44 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are

SN Servicing Corporation  
For Inquiries: (800) 603-0836  
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Final

Analysis Date: September 23, 2019

VIVIAN SANCHEZ                                                                                                    Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (4,145.27) | 552.76 |
| Nov 2019 | 525.43 | 510.24 | County Tax | (4,130.08) | 567.95 |
| Nov 2019 |  | 482.91 | Forced Place Insur | (4,612.99) | 85.04 |
| Dec 2019 | 525.43 | 482.91 | Forced Place Insur | (4,570.47) | 127.56 |
| Jan 2020 | 525.43 | 482.91 | Forced Place Insur | (4,527.95) | 170.08 |
| Feb 2020 | 525.43 | 482.91 | Forced Place Insur | (4,485.43) | 212.60 |
| Mar 2020 | 525.43 | 482.91 | Forced Place Insur | (4,442.91) | 255.12 |
| Apr 2020 | 525.43 | 482.91 | Forced Place Insur | (4,400.39) | 297.64 |
| May 2020 | 525.43 | 482.91 | Forced Place Insur | (4,357.87) | 340.16 |
| Jun 2020 | 525.43 | 482.91 | Forced Place Insur | (4,315.35) | 382.68 |
| Jul 2020 | 525.43 | 482.91 | Forced Place Insur | (4,272.83) | 425.20 |
| Aug 2020 | 525.43 | 482.91 | Forced Place Insur | (4,230.31) | 467.72 |
| Sep 2020 | 525.43 | 482.91 | Forced Place Insur | (4,187.79) | 510.24 |
| Oct 2020 | 525.43 | 482.91 | Forced Place Insur | (4,145.27) | 552.76 |
|  | $6,305.16 | $6,305.16 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 85.04. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,050.86 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (4,145.27). Your starting balance (escrow balance required) according to this analysis should be $552.76. This means you have a shortage of 4,698.03. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 48 months.

We anticipate the total of your coming year bills to be 6,305.16. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 525.43 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 97.88 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $623.31 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,041.66 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

**CERTIFICATE OF SERVICE**

On October 2, 2019, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by electronic means through the Court's ECF program:

*Trustee*
Nancy K. Neidich
e2c8f01@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

COUNSEL FOR DEBTOR
Robert Sanchez, Esq
court@bankruptcyclinic.com


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz


On October 2, 2019, I served the foregoing documents described as Notice of Mortgage Payment Change on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| |  |
|---|---|
| *Debtor*<br>**Vivian Sanchez**<br>*3581 SW 117th Avenue*<br>*Unit 5-303*<br>*Miami, FL 33175-1779* | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz